**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TYWAS CAMPBELL, as Parent, Next**
**Friend and Natural Guardian of**
**TYWAS CAMPBELL, JR., a minor**                              **PLAINTIFF**

**V.**                               **4:19CV00340 JM**

**LERON MCADOO, Individually,**
**And as an Employee of LITTLE ROCK**
**SCHOOL DISTRICT; LITTLE ROCK**
**SCHOOL DISTRICT**                                      **DEFENDANTS**

**ORDER**

Plaintiff has filed an unopposed Motion to Dismiss Without Prejudice all claims against

the Defendants. The Motion to Dismiss (ECF No. 11) is GRANTED. All claims against the

Defendants are dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 5th day of February, 2020.

_____
James M. Moody Jr.
United States District Judge